
558564

INDEX NO: 6175/07
FILE DATE: 7/2/2007
ATTY: WALKER G. HARMAN, JR.
1350 BROADWAY, STE 1510
NEW YORK, NY  10018

**UNITED STATES DISTRICT COURT SOUTHERN**

EPS No: **540422**
Attorney File No:
Batch No:

**STATE OF NEW YORK: COUNTY OF SOUTHERN**

**HARBANS KAUR**                                                                 Plaintiff(s)

- against -

**NYC HEALTH & HOSPITALS CORPORATION**                                           Defendant(s)

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 9/19/2007 at 2:00PM at 125 WORTH STREET, NEW YORK, NY 10007, ROOM 527 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on NYC HEALTH & HOSPITALS CORPORATION. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with NYC HEALTH & HOSPITALS CORPORATION and that the deponent knew the person so served to be the GENERAL AGENT, LYNNETTE BUTLER, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: **45** | Approximate weight: **160** | Approximate height: **5'8"** |
| Color of skin: **BLACK** | Color of hair: **BLACK** | Sex: **F** |

Sworn to before me on  9/20/2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**