UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

HARBANS KAUR,

                                Plaintiff,

-against-

NEW YORK CITY HEALTH & HOSPITALS CORPORATION (A.K.A. HARLEM HOSPITAL),

                                Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 6175 (LAP)(MHD)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendant the New York City Health & Hospitals Corporation in the above-referenced action.

        Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Christopher L. Heer's name be inserted as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
              October 9, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the
                                            City of New York
                                            Attorney for Defendant
                                            100 Church Street, Room 2-317
                                            New York, N.Y. 10007
                                            (212) 788-0960

                                  By: _____
                                           Christopher L. Heer (CH 1086)
                                           Assistant Corporation Counsel

07 Civ. 6175 (LAP)(MHD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARBANS KAUR,

                            Plaintiff,

-against-

NEW YORK CITY HEALTH & HOSPITALS CORPORATION (A.K.A. HARLEM HOSPITAL),

                            Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-317*
*New York, New York  10007-2601*

*Of Counsel:  Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2007-029992*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................... 2007.*

*...................................................... Esq.*

*Attorney for................  ..............................*