# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600  FAX 212 971 0417
WWW.THEHARMANFIRM.COM

August 1, 2008

**VIA FACSIMILE (212-805-7941)**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

        Re: Kaur v. NYC Health and Hospitals Corp.
           07 Civ. 6175 (LAP)(MHD)

Dear Judge Preska:

  I represent the plaintiff in the above-referenced action and write to respectfully request, on consent of opposing counsel, an adjournment of the settlement conference before your Honor currently scheduled for Monday, August 4, 2008 at 9:00 am. A settlement conference at this juncture would be premature, as neither party has had an opportunity to take any depositions, and as such, is in no position to settle this matter. Both parties feel that adjourning this conference until a later date would be more efficient and productive for all involved.

  Accordingly, I respectfully request an adjournment of the aforementioned settlement conference to a date and time in mid-September that is convenient for your Honor.

*[Handwritten note: The conference is adjourned to September 3 at 2:30 pm. So ordered. Loretta A. Preska USDJ  August 4, 2008]*

Respectfully submitted,

Walker G. Harman, Jr.

Cc: Christopher L. Heer, Esq.
   *Via Facsimile (212-788-0940)*