

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET, Room 2-317
NEW YORK, NY 10007

CHRISTOPHER L.
phone: (212) 78
fax. (212) 78
email: cheer@law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 8/15/08
```

August 14, 2008

**BY FACSIMILE**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

      Re:  <u>Kaur v. NYC Health and Hospitals Corporation</u>
           07 Civ. 6175 (LAP) (MHD)

Dear Judge Preska:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, and write on behalf of defendant New York City Health and Hospitals Corporation to request a sixty (60) day enlargement of time, from August 29, 2008 to October 28, 2008 within which factual discovery may be completed. The reason for this request is that I have recently been assigned to a case scheduled for trial commencing on September 8, 2008, <u>Shapiro v. New York City Dep't of Education et al.</u>, 06 Civ. 1836 (JSR). The eight plaintiff trial is anticipated to last for three weeks. This is the parties' first request for an extension of time to complete factual discovery. Walker G. Harman, Jr., attorney for plaintiff has consented to this extension.

      The City Defendant therefore respectfully requests an extension of time to

October 28, 2008 for completion of factual discovery.

Thank you for your consideration of this request.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 14, 2008

Sincerely yours,

Christopher L. Heer (CH 1086)
Assistant Corporation Counsel

cc:  Walker G. Harman, Esq. (by Fax)
     (212) 971-0417

2