# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600  FAX 212 971 0417
WWW.THEHARMANFIRM.COM

September 2, 2008

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/4/08 |

**VIA FACSIMILE (212-805-7941)**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

Re:   Kaur v. NYC Health and Hospitals Corp.
       07 Civ. 6175 (LAP)(MHD)

Dear Judge Preska:

I represent the plaintiff in the above-referenced action and write to respectfully request an adjournment of the status conference before your Honor currently scheduled for tomorrow, Wednesday, September 3, 2008 at 2:30 pm. On August 4, 2008, your Honor adjourned this conference for the first time. However, on August 15, 2008, your Honor granted an extension of time to October 28, 2008 for completion of factual discovery. In light of this extension, a conference at this juncture would still be premature, as neither party has completed factual discovery, and as such, is in no position to discuss or settle this matter.

Moreover, I have been hired as an Adjunct Professor by Fordham Law School, and am scheduled to teach a class tomorrow at 2:00 pm, which would also conflict with the scheduled conference.

Accordingly, I respectfully request an adjournment of the aforementioned status conference to a date after the completion to factual discovery, October 28, 2008.

Respectfully submitted,

Walker G. Harman, Jr.

Cc: Christopher L. Heer, Esq.
    Via Facsimile (212-788-0940)

*[Handwritten note:] The conference is adjourned to October 22 at 2pm. Counsel is reminded that a more timely request to adjourn would be helpful. September 3, 2008*

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE